IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALVIN JAMES JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv1127-MHT |
| | ) | (WO) |
| WALTER MYERS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

This cause is now before the court on petitioner's notice of appeal (doc. no. 37), which the court is treating as a motion for certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

***

Accordingly, it is ORDERED that petitioner's motion

for a certificate of appealability is denied.

DONE, this the 11th day of July, 2017.

                                       /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**